IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-00173 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JOSEPH CARADINE, | |
| Defendant. | |

Defendant Joseph Caradine, an inmate currently incarcerated at the United States Prison in Victorville, California, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. See Petition (dkt. 29). Defendant argues that (1) his constitutional rights to due process under the Fourth and Fifth Amendments, and his right to be free of excessive punishment under the Eighth Amendment, were violated when he was sentenced to 96 months of incarceration; and (2) if his trial counsel failed to preserve his right to contest the imposition of an illegal sentence, then his constitutional right to effective assistance of counsel under the Sixth Amendment was also violated. Id.

Good cause appearing therefor, the Government is hereby ORDERED to file an answer to Defendant's motion within 60 days of this Order. If Defendant wishes to respond to that answer, he shall file a traverse with the Court and serve it on respondent within 30

//

1 | days of his receipt of the answer.

2 | **IT IS SO ORDERED.**

4 | Dated: February 8, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE