IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-00173 CRB |
| Plaintiff, | **ORDER DIRECTING SUPPLEMENTAL BRIEFING** |
| v. | |
| JOSEPH CARADINE, | |
| Defendant. / | |

The parties are hereby DIRECTED to file, within fourteen days of this order, supplemental briefs discussing the cases presently pending in the Ninth Circuit that address the issues raised in this Petition.

**IT IS SO ORDERED.**

Dated: June 9, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE