IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>ANTHONY INGLESIAS,<br><br>    Defendant. | No. 15-cv-5313 CRB<br><br>**JUDGMENT** |

Having issued an order adopting Magistrate Judge Laporte's Report and Recommendation, the Court ENTERS judgment in favor of Plaintiff and against Defendant in the amount of $750.

Dated: March 6, 2017

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE