IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-00173 CRB |
| Plaintiff, | **ORDER GRANTING MOTION TO LIFT STAY** |
| v. | |
| JOSEPH CARADINE, | |
| Defendant. | |

The Court hereby GRANTS Petitioner Joseph Caradine's unopposed motion to lift the stay in this case.

**IT IS SO ORDERED.**

Dated: March 6, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE